# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DURKEE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OMEGA PROTEIN CORPORATION, GARY R. GOODWIN, BRET D. SCHOLTES, STEPHEN C. BRYAN, MICHAEL N. CHRISTODOLOU, CELESTE A. CLARK, DAVID H. CLARKE, DAVID OWEN, and DAVID W. WEHLMANN,<br><br>Defendants. | Case No. 2:17-cv-02849 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Daniel Durkee ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.

No compensation in any form has passed directly or indirectly to Plaintiff or Plaintiff's counsel, no promise, understanding, or agreement to give any such compensation has been made, and the parties have not had any discussions concerning the amount of any attorneys' fees and expenses.

No class has been certified in the Action.

Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

| | |
|---|---|
| Dated: January ___, 2018 | **MUCKLEROY LUNT** |
| | By  /s/ Martin A. Muckleroy |
| | Martin A Muckleroy |
| **OF COUNSEL:** | 6077 S. Fort Apache Rd., Ste 140 |
| | Las Vegas, NV 89148 |
| **BRAGAR EAGEL & SQUIRE, P.C.** | Telephone: (702) 907-0097 |
| Melissa A. Fortunato | Fax: (702) 938-4065 |
| 885 Third Avenue, Suite 3040 | Email: martin@muckleroylunt.com |
| New York, NY 10022 | *Attorneys for Plaintiff* |
| Telephone:  (212) 308-5858 | |
| Facsimile:  (212) 214-0506 | |
| Email:  fortunato@bespc.com | |
| | |
| **WEISSLAW LLP** | |
| Richard A. Acocelli | |
| 1500 Broadway, 16th Floor | |
| New York, New York 10036 | |
| Telephone: 212/682-3025 | |
| Facsimile: 212/682-3010 | |
| Email: racocelli@weisslawllp.com | |